**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00767-CR

**PATRICK LENARD, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62409-V**

## ORDER

The Court **DENIES** as moot the State's September 10, 2014 motion to extend time to file its brief, the State's September 11, 2014 motion to accept tendered brief, and the State's September 11, 2014 motion to dismiss the appeal.

/s/    KERRY P. FITZGERALD
        JUSTICE